IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID KACHMARSKI, et al.         :    CIVIL ACTION
                                 :
     v.                          :
                                 :
DAKOTA BODIES, INC., et al.      :    NO. 10-4499

ORDER

AND NOW this 30th day of November, 2010, upon consideration of the plaintiffs' Motion to Remand (Docket No. 4), the defendants' responses, the plaintiffs' replies, and Dakota Bodies' sur-reply thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is GRANTED and this matter is REMANDED to the Court of Common Pleas for Philadelphia County.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.